IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00921-WYD-CBS

VERA CHARLINE LONG,

    Plaintiff,

v.

SOURCE ONE MANAGEMENT, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice (filed August 27, 2007).  The stipulated motion seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties.  After a careful review of the motion and the file, I conclude that the motion should be granted and the case dismissed.  Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal with Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own attorney fees and costs.

Dated:  September 4, 2007

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge